IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                                                           CASE No.
                                                                 17-50328-KKS
    MICHAEL T. WEBB
    JEANNINE M. WEBB
    2803 UNION HILL CHURCH ROAD
    BONIFAY, FL 32425


PRELIMINARY FINAL REPORT AND ACCOUNT

SS#1 - XXX-XX-1840

SS#2 - XXX-XX-3896

| This Case was commenced on 11/15/2017 | This Plan was confirmed on 06/08/2018 | This Case is projected to conclude on 12/13/2022 |

PAID IN FULL

    Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by and for the Debtor for the benefit of creditors, and including a debtor refund.

| DISBURSEMENTS TO CREDITORS CREDITOR NAME | | CLAIM AMOUNT | PAID BY TRUSTEE | PAID DIRECT | PLAN BALANCE |
|---|---|---|---|---|---|
| AFNI, INC. | O | 0.00 | 0.00 | $0.00 | 0.00 |
| ALLTRAN FINANCIAL, LP | W | 0.00 | 0.00 | $0.00 | 0.00 |
| ANDREU, PALMA, LAVIN & SO] | W | 0.00 | 0.00 | $0.00 | 0.00 |
| ATLANTIC CREDIT & FINANCE | W | 0.00 | 0.00 | $0.00 | 0.00 |
| BAILEY FAMILY PRACTICE | O | 0.00 | 0.00 | $0.00 | 0.00 |
| BANK OF AMERICA | O | 0.00 | 0.00 | $0.00 | 0.00 |
| BONIFAY FLORIST & GIFT SH( | O | 0.00 | 0.00 | $0.00 | 0.00 |
| CAPITAL ONE BANK (USA), N | U | 1,046.77 | 707.75 | $0.00 | 339.02 |
| CHARLES M. WYNN | W | 0.00 | 0.00 | $0.00 | 0.00 |
| CHARLES M. WYNN, ATTY. | A | 250.00 | 250.00 | $0.00 | 0.00 |
| CHARLES M. WYNN, ATTY. | A | 250.00 | 250.00 | $0.00 | 0.00 |
| CHARLES M. WYNN, ATTY. | A | 250.00 | 250.00 | $0.00 | 0.00 |
| CHARLES M. WYNN, ATTY. | A | 250.00 | 250.00 | $0.00 | 0.00 |
| CHARLES M. WYNN, ATTY. | A | 500.00 | 500.00 | $0.00 | 0.00 |
| CHASE CARD | O | 0.00 | 0.00 | $0.00 | 0.00 |
| COMENITY BANK/GOODYS | W | 0.00 | 0.00 | $0.00 | 0.00 |
| COMMUNITY SOUTH CREDIT UN] | O | 0.00 | 0.00 | $0.00 | 0.00 |
| COMMUNITY SOUTH CREDIT UN] | V | 5,752.75 | 5,752.75 | $0.00 | 0.00 |
| COMMUNITY SOUTH CREDIT UN] | V | 3,465.94 | 3,465.94 | $0.00 | 0.00 |
| COMMUNITY SOUTH CREDIT UN] | U | 281.59 | 190.39 | $0.00 | 91.20 |
| CREDIT BUREAU OF MARIANNA | O | 0.00 | 0.00 | $0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | O | 0.00 | 0.00 | $0.00 | 0.00 |
| DOCTORS MEMORIAL HOSPITAL | O | 0.00 | 0.00 | $0.00 | 0.00 |

| DISBURSEMENTS TO CREDITORS CREDITOR NAME | | CLAIM AMOUNT | PAID BY TRUSTEE | PAID DIRECT | PLAN BALANCE |
|---|---|---|---|---|---|
| DR. DALE MITCHUM | O | 0.00 | 0.00 | $0.00 | 0.00 |
| FIRST NATIONAL BANK OF HAI | O | 0.00 | 0.00 | $0.00 | 0.00 |
| FLORIDA D O T DIST 3 C | W | 0.00 | 0.00 | $0.00 | 0.00 |
| GC SERVICES | W | 0.00 | 0.00 | $0.00 | 0.00 |
| HOLL CRD | W | 0.00 | 0.00 | $0.00 | 0.00 |
| HOLLOWAY CREDIT SOLUTIONS, | U | 72.00 | 48.69 | $0.00 | 23.31 |
| J.W. SWINDLE D.D.S. | O | 0.00 | 0.00 | $0.00 | 0.00 |
| JEANNINE M. WEBB | W | 0.00 | 0.00 | $0.00 | 0.00 |
| MICHAEL T. WEBB | | 0.00 | 0.00 | $0.00 | 0.00 |
| MICHAEL T. WEBB | | 444.74 | 444.74 | $0.00 | 0.00 |
| MIDLAND FUNDING LLC | U | 1,195.43 | 808.25 | $0.00 | 387.18 |
| MOHAMMAD YUNUS, MD | W | 0.00 | 0.00 | $0.00 | 0.00 |
| NCB MANAGEMENT SERVICES I | W | 0.00 | 0.00 | $0.00 | 0.00 |
| NEWREZ, LLC DBA SHELLPOIN | S | 16,549.66 | 16,549.66 | $0.00 | 0.00 |
| NEWREZ, LLC DBA SHELLPOIN | S | 647.00 | 647.00 | $0.00 | 0.00 |
| NEWREZ, LLC DBA SHELLPOIN | O | 0.00 | 0.00 | $0.00 | 0.00 |
| NEWREZ, LLC DBA SHELLPOIN | U | 17,574.47 | 11,882.53 | $0.00 | 5,691.94 |
| PORTFOLIO RECOVERY | W | 0.00 | 0.00 | $0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCI | U | 2,962.66 | 2,003.12 | $0.00 | 959.54 |
| PRA RECEIVABLES MANAGEMEN | W | 0.00 | 0.00 | $0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMEN | V | 16,066.46 | 16,066.46 | $0.00 | 0.00 |
| PRIM & MENDHEIM, LLC | W | 0.00 | 0.00 | $0.00 | 0.00 |
| QUANTUM3 GROUP LLC AS AGE | U | 910.13 | 615.36 | $0.00 | 294.77 |
| SOUTH ALABAMA DIAGNOSTICS | O | 0.00 | 0.00 | $0.00 | 0.00 |
| SOUTHEAST ALABAMA MEDICAL | U | 1,152.35 | 779.13 | $0.00 | 373.22 |
| SOUTHERN BONE & JOINT SPE | O | 0.00 | 0.00 | $0.00 | 0.00 |
| STEVEN KAY BRACKIN | W | 0.00 | 0.00 | $0.00 | 0.00 |
| STONELEIGH RECOVERY ASSOC | O | 0.00 | 0.00 | $0.00 | 0.00 |
| UNITED SOLUTIONS | W | 0.00 | 0.00 | $0.00 | 0.00 |
| UNSECURED CREDITOR | O | 0.00 | 0.00 | $0.00 | 0.00 |
| VERIZON BY AMERICAN INFOS | U | 234.22 | 158.37 | $0.00 | 75.85 |
| WORLDS FOREMOST BANK N | O | 0.00 | 0.00 | $0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID

| | SECURED | PRIORITY | GENERAL | DEB. REF | TOTAL |
|---|---|---|---|---|---|
| AMT. ALLOWED | 42,481.81 | 1,500.00 | 25,429.62 | 444.74 | 69,856.17 |
| PRIN. PAID | 42,481.81 | 1,500.00 | 17,193.59 | 444.74 | 61,620.14 |
| DIRECT PAY | 0.00 | 0.00 | 0.00 | | |

OTHER DISBURSEMENTS UNDER ORDER OF COURT:
  DEBTOR'S ATTORNEY                              FEE ALLOWED        FEE PAID
    CHARLES M. WYNN, ATTY.                         3,000.00          3,000.00

```
COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

          FILING EXPENSE     NOTICING EXPENSE      TRUSTEE EXPENSE                    TOTAL
------------------------------------------------------------------------------------------------
               0.00                0.00                7,130.85                     7,130.85
```

   The Debtor(s) has made all payments as required under the Plan.


Dated:  On the same date as reflected on the          /s/ Leigh Duncan Glidewell
        Court's Docket as the electronic filing           OFFICE OF THE CHAPTER 13 TRUSTEE
        date for this document.

CR_208